UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:21-CV-21038 – JUDGE MARCIA G. COOKE

COMPANION ANIMAL HOSPITAL,

     Plaintiff,

vs.

STOKES HEALTHCARE, INC.,
d/b/a EPICUR PHARMA,

     Defendant.

---

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COMES NOW, Defendant, STOKES HEALTHCARE, INC., D/B/A EPICUR PHARMA, and files the within Stipulation for Dismissal without Prejudice, averring as follows:

1.     Plaintiff filed this matter as a putative class action, alleging claims against Defendant seeking monetary relief pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq. ("TCPA").

2.     Specifically, Plaintiff filed suit individually and sought to represent a class of persons who did not consent to receiving facsimile advertisements from Defendant, but who nonetheless all received unsolicited facsimile advertisements from Defendant.

3.     This matter was originally filed in the Court of Common Pleas of Cuyahoga County, Ohio, and subsequently removed to the United States District Court for the Northern District of Ohio. *See, Document No. 1.*

4.     On March 17, 2021, the Honorable Philip Calabrese of the United States District Court of the Northern District of Ohio *sua sponte* transferred this case to the United States District Court for the Southern District of Florida—Miami Division. *See, Document No. 10.*

5.      Pursuant to the Order, the basis for the *sua sponte* transfer was as follows:

> Because this case involves the same defendant and similar claims under the Telephone Consumer Protection Act to those at issue in *Pet Parade, Inc. v. Stokes Healthcare, Inc.,* Case No. 1:20-CV-24279 ["Pet Parade"], currently pending before Judge Ursula Ungaro, the Court concludes that for the convenience of the parties and the witnesses, and in the interest of justice, this action should be transferred.

*Id.*

6.      On June 2, 2021, Defendant filed its Motion to Dismiss for Failure to Comply with Court Order, Failure to Prosecute and Failure to Enter Appearance.  *See, Document No. 20.*

7.      Defendant served the Motion upon counsel for Companion Animal Hospital who initiated the suit in Ohio.

8.      The following day, counsel for Companion Animal Hospital contacted defense counsel and advised that his client did intend to pursue its case before this Court.

9.      Attached is the Declaration of Ronald Frederick confirming that his client, Companion Animal Hospital, agrees to the dismissal without prejudice of the above-referenced matter.  *See, Exhibit "1" attached hereto.*

10.     Accordingly, Defendant respectfully requests that this Honorable Court enter the proposed Order dismissing the above-referenced matter without prejudice.

Date: June 24, 2021                    Respectfully submitted,

/s/ Holly M. Hamilton
Holly M. Hamilton, Esquire
Florida Bar Number 113307
**Counsel for Defendant, Stokes Healthcare, Inc.**
2400 East Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308
(954) 847-4920
(954) 627-6640/fax
HXHamilton@mdwcg.com
SLThompson@mdwcg.com

Danielle M. Vugrinovich, Esquire
 (Admitted Pro Hac Vice)
Greg P. Graham, Esquire
 (Admitted Pro Hac Vice)
**MARSHALL, DENNEHEY, WARNER, COLEMAN &
GOGGIN**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
Telephone:  412-803-1140
Facsimile:  412-803-1188

*Attorneys for Defendant, Stokes Healthcare, Inc., doing
business as Epicur Pharma*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of U.S.

District Court for the Southern District of Florida on June 24, 2021 by using the Court's CM/ECF

system which will send a notice of electronic filing to all counsel of record and counsel of record

in the United States District Court for the Northern District of Ohio.

Respectfully submitted,

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**

BY:   */s/ Holly M. Hamilton*
HOLLY M. HAMILTON, ESQUIRE
Florida Bar Number 113307
**Counsel for Defendant, Stokes Healthcare, Inc.**
2400 East Commercial Blvd., Suite 1100
Fort Lauderdale, FL 33308
(954) 847-4920
(954) 627-6640/fax
HXHamilton@mdwcg.com
SLThompson@mdwcg.com