UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21038-COOKE/O'SULLIVAN

COMPANION ANIMAL HOSPITAL,

    Plaintiff,

vs.

STOKES HEALTHCARE, INC.,
*doing business as Epicur Pharma*,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING
## CASE UPON JOINT STIPULATION

THIS MATTER comes before me on the parties' stipulation, ECF No. 21. The parties have agreed to dismiss this action. Accordingly, this case will now be administratively closed pending the Plaintiff filing a notice of dismissal, or the parties filing a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A).

If the parties file a stipulation of final dismissal and desire the Court to have continuing jurisdiction to enforce the terms of a settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). A notice of dismissal, or a stipulation of dismissal must be filed within 30 days of this Order. The Clerk will *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, Miami, Florida, this 28th day of June 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies provided to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of Record*