UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-21038-COOKE/O'SULLIVAN

COMPANION ANIMAL HOSPITAL,

    Plaintiff,

vs.

STOKES HEALTHCARE, INC.,
*doing business as Epicur Pharma*,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice* under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs, except as otherwise provided under the terms of their settlement agreement. *See* ECF No. 21 (joint stipulation). The Clerk will **CLOSE** this case. The Court **DENIES** *as moot* any pending motions.

**DONE and ORDERED** in chambers, at Miami, Florida, this 6th day of July 2021.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of Record*